United States District Court
Eastern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANGEL ALFONOSO ZARATE MORENO,
Petitioner,
v.
TONYA ANDREWS, *et al.*,
Respondents.

Case No. 1:26-cv-08863 (EJD)

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Re: Dkt. Nos. 1, 4, 12

Petitioner Angel Alfonoso Zarate Moreno was an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and motion for a temporary restraining order. Dkt. Nos. 1, 4. Petitioner challenged his detention as unlawful and unconstitutional, and sought release from ICE custody, as well as an injunction prohibiting his removal to a third country. Dkt. No. 1 at 13–19. Respondents report that Petitioner was removed to Mexico on November 8, 2026. Dkt. No. 12-1.

"For a habeas petition to continue to present a live controversy after the petitioner's release or deportation … there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Here, Petitioner's deportation renders his claims seeking immediate release moot. Petitioner's claim concerning an alleged third country removal is also rendered moot. Petitioner was ordered removed to Mexico on January 1, 2025, and was removed to that country rather than a third country. *See* Dkt. No. 12-2 at 3. Accordingly, Petitioner received all the relief sought through his pending petition.

The Petition is DISMISSED without prejudice. The Clerk of Court is directed to close this case. This Order resolves all pending motions.

**IT IS SO ORDERED.**

Dated: November 17, 2026

EDWARD J. DAVILA
United States District Judge

United States District Court
Eastern District of California